IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| TOM MEES and KAREN MEES, | ) | |
| | ) | |
| Plaintiffs, | ) | TC-MD 180187R |
| v. | ) | |
| | ) | |
| WASCO COUNTY ASSESSOR, | ) | |
| | ) | **FINAL DECISION OF** |
| Defendant. | ) | **DISMISSAL**[1] |

This matter came before the court on the agreement of the parties at a telephone trial held on August 8, 2018. Plaintiffs filed their Complaint on April 23, 2018, requesting a reduction in the real market value of property identified as 11301. At trial, Plaintiffs stated that they agreed with the real market value as determined by the Wasco County Board of Property Tax Appeals. Defendant requested that Plaintiffs dismiss their appeal and Plaintiffs agreed that dismissal was appropriate. Because the parties are in agreement, the case is ready for decision. Now, therefore,

IT IS THE DECISION OF THIS COURT that, as agreed to by the parties, Plaintiffs appeal is dismissed.

Dated this ____ day of August 2018.

                                                    _____
                                                    RICHARD DAVIS
                                                    MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*
*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

---

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered August 13, 2018. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

FINAL DECISION OF DISMISSAL TC-MD 180187R                                    1

*This document was signed by Magistrate Richard Davis and entered on August 30, 2018.*